# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LARRY COFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1459 CDP |
| | ) | |
| ALAN BLAKE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. The motion will be denied.

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). On August 20, 2007, the Court certified in writing that an appeal in this matter would not be taken in good faith. As a result, the motion will be denied.

Additionally, the affidavit in support of the motion to proceed in forma pauperis contains more than one false statement. For example, plaintiff represents that he has never brought any actions in federal court while he was incarcerated or detained and that no such cases have been dismissed as frivolous, malicious, or for failure to state a claim. In fact, plaintiff has filed more than seventy cases as either

a prisoner or civil detainee, the vast majority of which were dismissed as frivolous or malicious. For this reason as well, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#9] is **DENIED**.

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this order, plaintiff shall either pay to this Court the full $455 filing and docketing fees for filing an appeal or file with the United States Court of Appeals for the Eighth Circuit an application to proceed in forma pauperis on appeal.[1]

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 11th day of September, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

---

[1] If plaintiff chooses to pay the filing fee, he is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.